

RECEIVED
OCT 2 4 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| KEITH L. BARNES | CIVIL ACTION NO. 05-0015-M |
| VS. | SECTION P |
| WARDEN, CLAIBORNE DETENTION | JUDGE JAMES |
| CENTER | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 24 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE