RECEIVED
IN MONROE, LA
SEP 7 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KEITH L. BARNES** | **CIVIL ACTION NO. 3:05CV15** |
| **VERSUS** | **JUDGE JAMES** |
| **WARDEN, CLAIBORNE PARISH DETENTION CENTER** | **MAGISTRATE JUDGE HAYES** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:


Signed at Monroe_____, Louisiana, this __7__ Day of September, 2007.

_____
Robert G. James
UNITED STATES DISTRICT JUDGE